McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-00793-DFL-DAD |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER |
| | ) | FOR PUBLICATION |
| v. | ) | |
| | ) | |
| APPROXIMATELY $8,010.00 IN U.S. CURRENCY, | ) ) | |
| | ) | |
| APPROXIMATELY $45.00 IN U.S. CURRENCY, | ) ) | |
| | ) | |
| APPROXIMATELY $483.94 IN U.S. CURRENCY, AND | ) ) | |
| | ) | |
| APPROXIMATELY $1,244.00 IN U.S. CURRENCY, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

     The United States of America, plaintiff herein, applies for an order of publication as follows:

     1.   Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

1

1       2.   Local Rule 83-171, Eastern District of California,
2  provides that the Court shall designate by order the appropriate
3  newspaper for publication;
4       3.   The defendant properties were seized in the city of Los
5  Angeles, in Los Angeles County, California.  The Bureau of Alcohol,
6  Tobacco, Firearms and Explosives published notice of the non-
7  judicial forfeiture of the defendant properties on December 14, 21,
8  and 28, 2006 in the <u>Wall Street Journal</u>;
9       4.   Plaintiff proposes that publication be made as follows:
10           a.   One publication;
11           b.   In the following newspaper, a legal newspaper of
12  general circulation, located in the county (Los Angeles) in which
13  the defendant properties were seized: <u>Metropolitan News</u>;
14           c.   The publication to include the following:
15                (1)  The Court, title and number of the action;
16                (2)  The date of the arrest/seizure;
17                (3)  The identity and/or description of the property
18  arrested/seized;
19                (4)  The name, address and telephone number of the
20  attorney for the plaintiff;
21                (5)  A statement that claims of persons entitled to
22  possession or claiming an interest pursuant to Supplemental Rule
23  G(5) must be filed with the Clerk and served on the attorney for
24  the plaintiff within 30 days after the date of publication;
25                (6)  A statement that answers to the complaint or a
26  motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
27  R. Civ. P.") must be filed and served within 20 days after the
28  /////

1 filing of the claims and, in the absence thereof, default may be
2 entered and condemnation ordered;
3         (7)  A statement that applications for intervention
4 under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens
5 or other interests shall be filed within the 30 days allowed for
6 claims for possession; and
7         (8)  The name, address, and telephone number of the
8 U.S. Marshal and/or Bureau of Alcohol, Tobacco, Firearms and
9 Explosives.
10 DATED: April 25, 2007            McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Kristin S. Door
                                   KRISTIN S. DOOR
                                   Assistant U.S. Attorney


**ORDER**

    IT IS SO ORDERED.
DATED: April 26, 2007.


                                   _____
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.civil/approx$8,010.00.ord

3